## HOWARD MERCANTILE CO. *et al.* v. SQUIRES, *County Judge, et al.*

No. 3531.   Opinion Filed February 28, 1914.

(139 Pac. 253.)

**APPEAL AND ERROR**—Dismissal—Brief.   Where plaintiff has filed no brief, as required by rule 7 of this court (38 Okla. vi),. the action will be dismissed for want of prosecution.

(Syllabus by Rittenhouse, C.)

Original petition for writ of prohibition by the Howard Mercantile Company, a corporation, and T. B. Howard, president, against A. L. Squires, County Judge of Ellis County, State of Oklahoma, and Ray Sutton, Sheriff of Ellis County, State of Oklahoma.   Dismissed.

*Chas. Swindall* and *C. B. Leedy,* for plaintiffs.

*W. H. Springfield,* for defendants.

Opinion by RITTENHOUSE, C.   This action was filed in this court January 22, 1912.   Neither party has filed a brief, nor have they offered any excuse for the failure to do so.   It is evident that the proceedings have been abandoned.   This action should therefore be dismissed for want of prosecution, under rule 7 of this court (38 Okla. vi).   *Wallingford v. Wood et al., ante,* 139 Pac. 252.

By the Court:   It is so ordered.